**FILED**

JAN 17 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff.

v.

RAFAEL ALCAUTER,

Defendant.

Case No. 23-mj-70025-MAG-1  (DMR)

**INITIAL ORDER RE: CONTRIBUTION TO COST OF COURT-APPOINTED COUNSEL**

Rafale Alcauter, is a Defendant in this criminal matter. The Court has found Defendant eligible for appointment of counsel under the Criminal Justice Act, 18 U.S.C. Section 3006(A), and has further found that Defendant is financially able to make partial payment for the representation.

IT IS HEREBY ORDERED:

Defendant will pay $ 500 per month towards the cost of representation beginning 2/1/2023 and the same day each month thereafter, until the case is concluded or until further order of Court.

The check should be made payable to "Clerk, United States District Court" and mailed to: United States District Court, Attn: Clerk's Office, 450 Golden Gate Avenue, San Francisco, CA 94102; the above case number should be written on the memo line of the check.

When the case is concluded, the Court will hold a hearing to determine whether defendant will be required to reimburse the Court for additional costs of the court-appointed legal representation herein.

IT IS SO ORDERED.

Dated: January 17, 2023

DONNA M. RYU
United States Magistrate Judge

CJA_Contribution_Order_Cham
rev. June 2018